# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130866

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 130866
COA: 265746
Manistee CC: 05-011860-AR

DUANE LEE BARTON,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724